UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREGORY A. FIGEL,

    Plaintiff,

v.                                      Case No. 2:04-cv-164
                                        HON. GORDON J. QUIST

GERALD RILEY, et al.,

    Defendants.
_____/

**OPINION AND ORDER**
**APPROVING REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.        The Report and Recommendation of the Magistrate Judge (Docket #81) is approved and adopted as the opinion of the Court.

        2.        Plaintiff's motion for summary judgment is DENIED.

Dated: December 20, 2006                              /s/ Gordon J. Quist
                                                                       GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE